DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILIP G. MAVON, JR.** and **OMA JEAN MAVON,**
Appellants,

v.

**CITY OF FORT LAUDERDALE, SCOTT S. LIBERMAN,**
and **DONNA LIBERMAN,**
Appellees.

No. 4D20-2520

[December 9, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 062018CA028446AXXXCE.

Alan R. Poppe and Ariel R. Deray of Saul Ewing Arnstein & Lehr LLP, Fort Lauderdale, for appellants.

Michael T. Burke of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee City of Fort Lauderdale.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***